THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:16-cr-00148-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ASHLEY CHRISTINA LUNSFORD, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Continue the Trial Term and Motion to Extend the Plea Deadline [Doc. 35].

On December 6, 2016, the Defendant was charged along with a co-defendant with four counts of Hobbs Act robbery, in violation of 18 U.S.C. § 1951(a). [Doc. 1]. The Defendant's initial appearance was held on April 3, 2017, at which time she appeared with retained counsel. The Defendant's arraignment was held on April 5, 2017, at which time this matter was scheduled for trial during the May 1, 2017 trial term.[1]

---

[1] At her arraignment, the Defendant expressly consented to trial within thirty days of her first appearance with counsel. See 18 U.S.C. § 3161(c)(2).

The Defendant now moves for a continuance of the trial date and for an extension of the deadline to file a plea agreement in this case. For grounds, counsel states that he has not reviewed all of the discovery in this matter and has not had time to review the Government's plea offer with the Defendant. The Government does not oppose the Defendant's motion. [Doc. 35].

The Court finds that the Defendant has not stated good cause for a continuance of the trial date at this time. The Court, however, will allow the Defendant additional time to review discovery and to review the plea offer with her counsel.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Continue the Trial Term [Doc. 35] is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Extend the Plea Deadline [Doc. 35] is **GRANTED**, and the deadline for the filing of a plea agreement in this case is hereby **EXTENDED** to **April 21, 2017**.

**IT IS SO ORDERED.**

Signed: April 18, 2017

Martin Reidinger
United States District Judge